**Order entered April 28, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01340-CR**

**EX PARTE CARLOS MALDONADO**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00005-Q**

**ORDER**

Before the Court is the State's April 23, 2020 second motion for extension of time to file its brief. The State has tendered its brief with the motion. We **GRANT** the State's motion and **DIRECT** the Clerk of the Court to file the State's brief on the date of this order.

This appeal will be submitted without argument on **June 2, 2020** to a panel consisting of Justices Bridges, Pedersen, and Evans.

/s/ BILL PEDERSEN, III
JUSTICE